**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SAMANTHA DOROTHY JILL PILLARELLA,

                Plaintiff,                    24 **CIVIL** 1267 (VSB)(RFT)

       -v-                              **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated June 13, 2024, that the action be, and hereby is, reversed & remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
            June 14, 2024

                                                  **RUBY J. KRAJICK**
                                                   **Clerk of Court**

                          **BY:** _____
                                                **Deputy Clerk**